

## Stanley Law
Stanley Law Offices, LLP

StanleyLawOffices.com

Joseph P. Stanley, Esq. †, ††
**Member: NAPIL, LCA and NYSTLA

Robert A. Quattrocci, Esq. †

**1-800-608-3333**
Ph: (315) 474-3742
Fx: (315) 471-1536

March 22, 2023

Anthony R. Martoccia, Esq.
Stephanie Viscelli, Esq.
Megan M. Fallon, Esq.
Sheila M. Fallon, Esq.
Arthur J. Bigsby, Esq.
Thomas P. Welch, Esq.
Robert Geyer Jr., Esq.
Jamie M. Richards, Esq.
Shannon M. Doan, Esq.
Paul J. Hofmann, Esq.

McGivney Kluger Clark & Intoccia, P.C.
100 Madison Street Suite 1640
Syracuse, NY 13202

Rupp Baase Pfalzgraf Cunningham, LLC
1600 Liberty Bldg.
Buffalo, NY 14202

Smith, Sovik, Kendrick & Sugnet, P.C.
250 South Clinton St. Suite 600
Syracuse, NY 13202

**Re:   Hines v Speedway LLC, et al**
        Index No.: 004651/2021

Dear Counselors:

Enclosed please find a Notice of Motion to obtain a Federal Subpoena for the OSHA investigative file # 1432467. The return date is April 12, 2023 with Magistrate Judge Therese Wiley Dancks, the case number is 5:23-mc-00011-FJS-TWD.

Very truly yours,
STANLEY LAW OFFICES

Robert Quattrocci, Esq.

RAQ/am
Enclosure

cc:   OSHA
      3300 Vickery Rd.
      North Syracuse, NY 13212

215 Burnet Avenue, Syracuse, New York 13203
Binghamton, New York 13901 ♦ Rochester, NY 14604 ♦ Watertown, New York 13601 ♦ Oneonta, New York 13820 ♦ Montrose, Pennsylvania 18801
**member: National Association of Personal Injury Lawyers, Litigation Counsel of America and New York State Trial Lawyers Association
† Also admitted in Pennsylvania †† Also admitted in Florida

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
Vera Hines as Administrator for the
Estate of Arthur Maurice Hines,
                        Plaintiff,

v.                                        CASE NO.:5:23-mc-00011-FJS-TWD

                                          AFFIDAVIT OF SERVICE

Speedway, LLC, BNK Excavating, Inc. and
Swiech Electrical and Mechanical Co. Inc.,
                        Defendant
-------------------------------------------------------------------
Swiech Electrical and Mechanical Co. Inc.,

                        Defendant/Third-Party Plaintiff,

v.

Environmental Products & Services of Vermont, Inc. and
Miller Environmental Group, Inc. as Successor by Merger,

                        Third-Party Defendants
-------------------------------------------------------------------

STATE OF NEW YORK      )
ONONDAGA COUNTY       )   ss.:

Ann McArdell, being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years, and reside in New York.

**On the 22ⁿᵈ day of March 2023, I mailed the following:**
**Notice of Motion for Federal Subpoena for OSHA report return date Apt 12, 2023 case number 5:23-mc-00011-FJS-TWD**

**Upon:** McGivney Kluger Clark & Intoccia, P.C.
        100 Madison Street Suite 1640
        Syracuse, NY 13202

        Rupp Baase Pfalzgraf Cunningham, LLC
        1600 Liberty Bldg.
        Buffalo, NY 14202

        Smith, Sovik, Kendrick & Sugnet, P.C.
        250 South Clinton St. Suite 600
        Syracuse, NY 13202

OSHA
3300 Vickery Rd.
North Syracuse, NY 13212

by placing a copy of the said document in an envelope addressed and set forth above and placing the postpaid sealed envelope in the custody of the United States Postal Service for delivery to the above-named recipient(s)

_____
Ann McArdell

Sworn to before me this
22 day of March, 2023

_____
Notary Public

JAMIE MARIE RICHARDS
NOTARY PUBLIC-STATE OF NEW YORK
Qualified in Onondaga County No. 01RI6359138
My Commission Expires October 15, 2023